FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 2 1 2018

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN M. GRAHAM, | Case No. 4:18-cv-3086 |
| Plaintiff, | District Court of Lancaster County |
| v. | Case No. CI 18-1708 |
| STATE OF NEBRASKA, OFFICE OF GOVERNOR, AND THE NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, | **NOTICE OF REMOVAL** |
| Defendants. | |

Defendants THE STATE OF NEBRASKA, OFFICE OF THE GOVERNOR, AND THE NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, (collectively "the State of Nebraska") by and through counsel, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby remove Case No. CI-18-1708 from the District Court of Lancaster County, Nebraska, to the United States District Court for the District of Nebraska.

## GROUNDS FOR REMOVAL

1.      On May 18, 2018, Plaintiff Kathleen M. Graham filed a Complaint for monetary relief in the District Court of Lancaster County, Nebraska, styled *KATHLEEN M. GRAHAM V. STATE OF NEBRASKA,* at Case No. CI-18-1708. On May 18, 2018, Plaintiff filed an Amended Complaint in the District Court of Lancaster County, Nebraska, styled *KATHLEEN M. GRAHAM V. STATE OF*

*NEBRASKA, OFFICE OF GOVERNOR, AND THE NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES*. Defendants were served with summons and copies of the Amended Complaint on June 4, 2018

    2.    The Complaint alleges causes of action against Defendants which include:

        a.  Federal law claims pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*

        b.  State law claims under the Nebraska Age Discrimination in Employment Act, Neb. Rev. Stat. § 48-1001, *et seq.*

    3.    This Court has original jurisdiction over this case, pursuant to 28 U.S.C. § 1331, because the case arises under and pursuant to the Constitution, laws, or treaties of the United States. Furthermore, this Court has supplemental jurisdiction over Plaintiff's state law claim, pursuant to 28 U.S.C. § 1367, because the state law claim is so related to the federal law claims that they form part of the same case or controversy under Article III of the United States Constitution.

    4.    Defendants are entitled to remove this action to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1441(a).

    5.    Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to removal.

    6.    Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within thirty days after receipt by Defendants, through service or otherwise, of a copy of the pleading setting forth the claim for relief upon which the action is based. *See* Exhibit 1.

7.     Copies of all pleadings, motions, process, and orders served upon Defendants or received otherwise in the action are attached as Exhibit 1 in accordance with 28 U.S.C. § 1446(a).

8.     Promptly upon filing this Notice of Removal, Defendants will give notice in writing thereof to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the District Court of Lancaster County, Nebraska.

WHEREFORE, Defendants hereby give notice of the removal of the above-captioned action from the District Court of Lancaster County to this Court.

Submitted this 21st day of June, 2018.

**STATE OF NEBRASKA, OFFICE OF GOVERNOR, AND THE NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, Defendants.**

By:   DOUGLAS J. PETERSON, NE #18146
      *Attorney General of Nebraska*

By:   *s/ Stephanie Caldwell*
      Stephanie Caldwell, NE # 22994
      Jessica Forch, NE #24912
      *Assistant Attorneys General*

      OFFICE OF THE ATTORNEY GENERAL
      2115 State Capitol
      Lincoln, Nebraska 68509
      (402) 471-3814
      stephanie.caldwell@nebraska.gov
      jessica.forch@nebraska.gov
      Attorneys for Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

I also sent copies via U.S. mail to Plaintiff's attorney of counsel at:

Vincent M. Powers
411 S. 13th Street, Ste. 300
Lincoln, NE 94936

By:   *s/ Stephanie Caldwell*
Stephanie Caldwell, NE # 22994

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

KATHLEEN M. GRAHAM,     )     CASE NO. CI 18 1708

              Plaintiff,    )     COMPLAINT, DEMAND FOR
                          )     JURY TRIAL AND PRAECIPE

    v.                          )

STATE OF NEBRASKA,      )

              Defendant.   )

COMES NOW the Plaintiff, by and through her attorney, and for her complaint against the Defendant states and alleges as follows:

1.    This is an action seeking redress for violations of the rights guaranteed the plaintiff by the Nebraska Age Discrimination in Employment Act, Neb.Rev.Stat. § 48-1001 *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*

2.    This Court has original jurisdiction over the state law claims and concurrent jurisdiction over the claims arising under federal law.

3.    Plaintiff is a resident of Lancaster County, Nebraska.

4.    Upon information and belief, Defendant State of Nebraska is a political subdivision located in the State of Nebraska and is an employer as that term is defined under the state and federal statutes set forth herein.

5.    Plaintiff filed timely administrative actions with the Nebraska Equal Employment Opportunity Commission and the Equal Employment Opportunity Commission. Plaintiff has filed this timely action within 90 days of her receipt of the Right to Sue Notices.



001838007D02

6.    Plaintiff was sixty-five (65) years of age at the time of the alleged illegal actions occurred.

7.    Plaintiff had worked for the Defendant since 2001, most recently as an Administrative Assistant/Executive Assistant to the Governor. Plaintiff's work performance was exemplary. Ms. Graham was likely the longest serving administrative assistant serving the Governor in the history of Nebraska.

8.    On December 1, 2016, Plaintiff was told by Governor Pete Ricketts that due to budget cuts, he was eliminating her position.

9.    Within days, Defendant replaced the Plaintiff with a younger employee who is in her twenties (20s).

10.    Plaintiff's twenty-something year old replacement was given a substantial pay raise (between $7,000-$8,000) while the Defendant was aware of upcoming budget problems. The twenty-something year old was the only staff person in the Governor's Office to receive such a pay increase. Plaintiff's substantially younger replacement sat at plaintiff's former desk, parked in Plaintiff's former parking spot and continued to do the same duties previously performed by the Plaintiff. The younger replacement left her employment soon thereafter.

11.    The sole factor in the adverse employment action noted herein was Plaintiff's age.

12.     Defendant's elected officials, employees, supervisors, managers, officers, and/or other agents were acting in the scope and course of their employment with the Defendant at all times alleged herein.

13.     Defendant's conduct was willful and/or done in reckless disregard of the Plaintiff's statutory rights.  Liquidated damages are appropriate.

14.     As a result of the unlawful acts set forth herein, Plaintiff has sustained lost wages, and the value of job related benefits, and will continue to incur such damages into the future.

15.     Defendant's decision to subject her to adverse terms, conditions, and privileges of employment was due to Plaintiff's age. Said conduct is violative of the state and federal age discrimination laws (as noted herein).

## COUNT I

Plaintiff incorporates paragraphs 1 through 15 as if fully set forth herein.

16.     Defendant discriminated against the Plaintiff in the terms, conditions and privileges of employment due to her age in violation of the NE ADEA and the ADEA.

17.     As a result of the Defendant's conduct, Plaintiff has incurred lost wages and job-related benefits and will continue to incur such damages into the future as well as attorney's fees and costs.

18.    Due to the willful or reckless conduct of the Defendant, liquated damages are appropriate.

WHEREFORE, Plaintiff requests judgment against the Defendant in the following respects:

a)    Declaring the acts of the Defendant to be in violation of state and federal laws;

b)    Award Plaintiff lost wages and the value of benefits as well as prejudgment interest;

c)    Order Defendant to reinstate Plaintiff to her previously held position, or award her front pay and an appropriate amount for the loss of job related benefits in accordance with law;

d)    Award Plaintiff liquidated damages;

e)    Award Plaintiff attorney's fees and costs;

f)    Award such other and additional relief as this Court deems just and proper under the circumstances.

KATHLEEN M. GRAHAM, Plaintiff

Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
(402) 474-8000
powerslaw@me.com

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial to be held in Lincoln, Lancaster County, Nebraska.

PRAECIPE

Please issue summons in the above captioned matter and return the same to the undersigned for service by Certified Mail upon the Defendant at the following address:

State of Nebraska
Douglas Peterson, Attorney General
2115 State Capitol Building
Lincoln, NE  68509

Image ID:
D00547864D02

| SUMMONS |
|---|

Doc. No.   547864

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln          NE 68508

Kathleen M Graham v. State of Nebraska

Case ID: CI 18    1708

TO:  State of Nebraska

**FILED BY**
Clerk of the Lancaster District Court
05/21/2018

You have been sued by the following plaintiff(s):

    Kathleen M Graham

Plaintiff's Attorney:    Vincent M Powers
Address:                 411 S 13th St Ste 300
                         P.O. 84936
                         Lincoln, NE 68501-4936
Telephone:               (402) 474-8000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MAY 21, 2018          BY THE COURT:   _Troy L Hawk_
                                                 Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          State of Nebraska
          c/o Doug Peterson, Atty General
          2115 State Capitol Bldg
          Lincoln, NE 68509

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| SERVICE RETURN | Doc. No. 547864 |
|---|---|

```
                    LANCASTER DISTRICT COURT
                    575 S. 10th Street - 3rd Floor
                    SEPARATE JUVENILE COURT-4th Floor
                    Lincoln              NE 68508
To:
Case ID: CI 18    1708 Kathleen M Graham v. State of Nebraska
```

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                        _____

Mileage ____miles           _____

    TOTAL          $ _____

Date: _____    BY: _____
                                            (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                              _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: State of Nebraska                    From: Vincent M Powers
    c/o Doug Peterson, Atty General             411 S 13th St Ste 300
    2115 State Capitol Bldg                     P.O. 84936
    Lincoln, NE 68509                           Lincoln, NE 68501-4936
```

## ATTACH RETURN RECEIPT & RETURN TO COURT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

KATHLEEN M. GRAHAM,     )       CASE NO. CI 18-1708

             )

         Plaintiff,     )       FIRST AMENDED COMPLAINT

             )          AND PRAECIPE

      v.             )

             )

STATE OF NEBRASKA, OFFICE OF   )

GOVERNOR, AND THE NEBRASKA   )

DEPARTMENT OF ADMINISTRATIVE )

SERVICES,             )

             )

         Defendants.    )

COMES NOW the Plaintiff, by and through her attorney, and for her complaint against the Defendant states and alleges as follows:

1.      This is an action seeking redress for violations of the rights guaranteed the plaintiff by the Nebraska Age Discrimination in Employment Act, Neb.Rev.Stat. § 48-1001 *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*

2.      This Court has original jurisdiction over the state law claims and concurrent jurisdiction over the claims arising under federal law.

3.      Plaintiff is a resident of Lancaster County, Nebraska.

4.      Upon information and belief, Defendant State of Nebraska is a political subdivision located in the State of Nebraska and is an employer as that term is defined under the state and federal statutes set forth herein.

5.      Plaintiff filed timely administrative actions with the Nebraska Equal Employment Opportunity Commission and the Equal Employment



001839061D02



Opportunity Commission.  Plaintiff has filed this timely action within 90 days of her receipt of the Right to Sue Notices.

6.     Plaintiff was sixty-five (65) years of age at the time of the alleged illegal actions occurred.

7.     Plaintiff was employed by the State of Nebraska, Office of the Nebraska Governor and Department of Administrative Services since 2001, most recently as an Administrative Assistant/Executive Assistant to the Governor.  Plaintiff's work performance was exemplary.  Ms. Graham was likely the longest serving administrative assistant serving the Governor in the history of Nebraska.

8.     On December 1, 2016, Plaintiff was told by Governor Pete Ricketts that due to budget cuts, he was eliminating her position.

9.     Within days, Defendant replaced the Plaintiff with a younger employee who is in her twenties (20s).

10.    Plaintiff's twenty-something year old replacement was given a substantial pay raise (between $7,000-$8,000) while the Defendant was aware of upcoming budget problems.  The twenty-something year old was the only staff person in the Governor's Office to receive such a pay increase.  Plaintiff's substantially younger replacement sat at plaintiff's former desk, parked in Plaintiff's former parking spot and continued to do the same duties previously performed by the Plaintiff.  The younger replacement left her employment soon thereafter.

11. The sole factor in the adverse employment action noted herein was Plaintiff's age.

12. Defendant's elected officials, employees, supervisors, managers, officers, and/or other agents were acting in the scope and course of their employment with the Defendant at all times alleged herein.

13. Defendant's conduct was willful and/or done in reckless disregard of the Plaintiff's statutory rights. Liquidated damages are appropriate.

14. As a result of the unlawful acts set forth herein, Plaintiff has sustained lost wages, and the value of job related benefits, and will continue to incur such damages into the future.

15. Defendant's decision to subject her to adverse terms, conditions, and privileges of employment was due to Plaintiff's age. Said conduct is violative of the state and federal age discrimination laws (as noted herein).

## COUNT I

Plaintiff incorporates paragraphs 1 through 15 as if fully set forth herein.

16. Defendant discriminated against the Plaintiff in the terms, conditions and privileges of employment due to her age in violation of the NE ADEA and the ADEA.

17.   As a result of the Defendant's conduct, Plaintiff has incurred lost wages and job-related benefits and will continue to incur such damages into the future as well as attorney's fees and costs.

18.   Due to the willful or reckless conduct of the Defendant, liquated damages are appropriate.

WHEREFORE, Plaintiff requests judgment against the Defendant in the following respects:

a)   Declaring the acts of the Defendant to be in violation of state and federal laws;

b)   Award Plaintiff lost wages and the value of benefits as well as prejudgment interest;

c)   Order Defendant to reinstate Plaintiff to her previously held position, or award her front pay and an appropriate amount for the loss of job related benefits in accordance with law;

d)   Award Plaintiff liquidated damages;

e)   Award Plaintiff attorney's fees and costs;

f)   Award such other and additional relief as this Court deems just and proper under the circumstances.

Dated this _____ day of May, 2018.

KATHLEEN M. GRAHAM, Plaintiff

------------

Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
(402) 474-8000
powerslaw@me.com

### PRAECIPE

Please issue summons in the above captioned matter and return the same to the undersigned for service by Certified Mail upon the Defendants at the following addresses:

State of Nebraska, Office of the Governor
Douglas Peterson, Attorney General
2115 State Capitol Building
Lincoln, NE 68509

Nebraska Department of Administrative Services
Douglas Peterson, Attorney General
2115 State Capitol Building
Lincoln, NE 68509

Image ID:
D00548764D02

## SUMMONS

Doc. No.   548764

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln            NE 68508

Kathleen M Graham v. State of Nebraska

Case ID: CI 18    1708

TO:  Department of Administrative

**FILED BY**
Clerk of the Lancaster District Court
05/30/2018

You have been sued by the following plaintiff(s):

    Kathleen M Graham

Plaintiff's Attorney:    Vincent M Powers
Address:                 411 S 13th St Ste 300
                         P.O. 84936
                         Lincoln, NE 68501-4936
Telephone:               (402) 474-8000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MAY 30, 2018        BY THE COURT:   *Troy L Cowk*
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Department of Administrative
        Services; c/o Douglas Peterson
        2115 State Capitol Bldg
        Lincoln, NE 68509

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| SERVICE RETURN | Doc. No.   548764 |
|---|---|

```
                    LANCASTER DISTRICT COURT
                    575 S. 10th Street - 3rd Floor
                    SEPARATE JUVENILE COURT-4th Floor
                    Lincoln            NE 68508
To:
Case ID: CI 18   1708 Kathleen M Graham v. State of Nebraska
```

Received this Summons on _____,_____. I hereby certify that on

_____,_____ at _____ o'clock __M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return       $ _____

Copy                        _____

Mileage ____miles          _____

   TOTAL            $ _____

Date: _____   BY: _____
                                              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____   Attorney for: _____

The return receipt for mailing to the party was signed on _____,_____.

```
To: Department of Administrative      From: Vincent M Powers
    Services; c/o Douglas Peterson          411 S 13th St Ste 300
    2115 State Capitol Bldg                 P.O. 84936
    Lincoln, NE 68509                       Lincoln, NE 68501-4936
```

# ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D00548763D02

## SUMMONS

Doc. No.   548763

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln             NE 68508

Kathleen M Graham v. State of Nebraska

Case ID: CI 18     1708

TO:  State of Nebraska

**FILED BY**
Clerk of the Lancaster District Court
05/30/2018

You have been sued by the following plaintiff(s):

    Kathleen M Graham

Plaintiff's Attorney:   Vincent M Powers
Address:                411 S 13th St Ste 300
                        P.O. 84936
                        Lincoln, NE 68501-4936
Telephone:              (402) 474-8000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  MAY 30, 2018          BY THE COURT:  _Troy L Hawk_
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        State of Nebraska
        Douglas Peterson, Atty General
        2115 State Capitol Bldg
        Lincoln, NE 68509

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| SERVICE RETURN | Doc. No.   548763 |
| --- | --- |

```
                       LANCASTER DISTRICT COURT
                       575 S. 10th Street - 3rd Floor
                       SEPARATE JUVENILE COURT-4th Floor
                       Lincoln              NE 68508
     To:
     Case ID: CI 18    1708 Kathleen M Graham v. State of Nebraska
```

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                        _____

Mileage ____miles           _____

   TOTAL        $ _____

Date: _____   BY: _____
                                                     (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                             _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: State of Nebraska                 From: Vincent M Powers
    Douglas Peterson, Atty General          411 S 13th St Ste 300
    2115 State Capitol Bldg                 P.O. 84936
    Lincoln, NE 68509                       Lincoln, NE 68501-4936
```

# ATTACH RETURN RECEIPT & RETURN TO COURT

SERVICE RETURN                                    Doc. No.   548763

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln          NE 68508

To:
Case ID: CI 18    1708 Kathleen M Graham v. State of Nebraska

Received this Summons on _____. I hereby certify that on

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

NE Governors Office
Doug Peterson, A.G.
2115 State Capitol
Lincoln NE 68509

9590 9402 2666 6336 5255 92

2. Article Number (Transfer from service label)
7016 3010 0000 1894 7388

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Matthew Furrow
  ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)
Matthew Furrow

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JUN 6 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Comp, Sum, Interrogs Domestic Return Receipt

_____
(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: NE Governor's Office

At the following address: Doug Peterson, Atty General

2115 State Capitol, Lincoln NE

68509

on the 4th day of June 2018, as required by Nebraska state law.

Postage $ 7.09   Attorney for: Kathleen Graham, Plaintiff

The return receipt for mailing to the party was signed on June 6 2018

To: State of Nebraska                    From: Vincent M Powers
    Douglas Peterson, Atty General             411 S 13th St Ste 300
    2115 State Capitol Bldg                    P.O. 84936
    Lincoln, NE 68509                          Lincoln, NE 68501-4936

001839740D02                    7016 3010 0000 1894 7388

ATTACH                          RETURN TO COURT

SERVICE RETURN

Doc. No. 548764

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln         NE 68508

To:
Case ID: CI 18    1708 Kathleen M Graham v. State of Nebraska

Rece... ... I hereby certify that on

upon ...

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAS, State of NE
C/O Doug Peterson
2115 State Capitol
Lincoln NE 68509

9590 9402 2666 6336 5256 08

2. Article Number (Transfer from service label)

7016 3010 0000 1894 7371

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Matthew Furrow        ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
Matthew Furrow
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Comp. Sum.

Date: _____ By: _____
              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Department of Administrative

At the following address: Services, C/O Doug Peterson

2115 State Capitol, Lincoln NE
68509

on the 4th day of June 2018, as required by Nebraska state law.

Postage $ 6.85    Attorney for: Kathleen Graham, Plaintiff

The return receipt for mailing to the party was signed on June 7, 2018.

To: Department of Administrative
    Services; c/o Douglas Peterson
    2115 State Capitol Bldg
    Lincoln, NE 68509

From: Vincent M Powers
      411 S 13th St Ste 300
      P.O. 84936
      Lincoln, NE 68501-4936

ATTA...  001839741D02

7016 3010 0000 1894 7371

& RETURN TO COURT