IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATHLEEN M. GRAHAM, | ) | CASE NO. 4:18-CV-3086 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS THE |
| | ) | DEPARTMENT OF ADMINISTRATIVE |
| STATE OF NEBRASKA, OFFICE OF GOVERNOR, AND THE NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, | ) | SERVICES <u>WITHOUT</u> PREJUDICE |
| Defendants. | ) | |

THIS MATTER came before the Court upon the Plaintiff's Motion to Dismiss <u>without</u> prejudice Defendant Department of Administrative Services. The Court finds said motion should be and hereby is sustained.

Defendant Department of Administrative Services is hereby dismissed <u>without</u> prejudice as a party in the above captioned matter.

BY THE COURT:

<u>July 11, 2018</u>                      <u>s/ Joseph F. Bataillon</u>
Date                                   Senior United States District Judge